Diana S Hanna
vs.
Wal Mart Stores Inc

ELECTRONICALLY FILED
2020 Mar 04 PM 3:15
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000948

EXHIBIT
A

**SUMMONS**

**Chapter 60 - Service by Attorney or Process Server**

To the above-named Defendant/Respondent:

        **Wal Mart Stores Inc**
        **112 SW 7th St Ste 3C**
        **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

        Pantaleon Florez, Jr
        933 S Kansas Ave
        topeka, KS 66612

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 03/05/2020 12:27:45 PM

**Documents to be served with the Summons:**
Petition - Wal Mart Stores Inc, Miscellaneous - Wal Mart Stores Inc

ELECTRONICALLY FILED
2019 Dec 20 PM 3:05
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000948

**Pantaleon Florez, Jr., #10889**
933 S. Kansas Avenue
Topeka, KS 66612-1210
(785) 234-6699 F: (785)234-6650
florezlaw@gmail.com

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
## DIVISION

DIANA S. HANNA
      Plaintiff,
vs.

Case No.2019-CV-_____

WAL MART STORES, INC.,
      Defendant.

### PETITION
### JURY TRIAL DEMANDED

**INTRODUCTION**

1. This action for monetary, declaratory, equitable and other appropriate relief is brought by the Plaintiff, to redress violation of rights secured by the United States Constitution and laws of the United States of America by the Defendant.

2. This action arises under the Civil Rights Act of 1964 as amended (1991), 42 U.S.C. §2000e, et seq. (hereinafter Title VII) and The Equal Pay Act of 1963, 29 U.S.C. § 206(d) of the Fair Labor Standards Act, as amended.

4. Plaintiff timely filed a charge of discrimination in writing, with the Equal Employment Opportunity Commission Charge Number 830-2012- 00543. A notice of right to sue was issued dated September 23, 2019. This action is brought within the ninety (90) day statutory period for filing. A copy of the notice of the notice of right to sue is attached hereto.

1

5. Defendant is an employer within the meaning of Title VII and has more than 500 employees in each of 20 or more calendar weeks in the current or preceding year.

6. The unlawful practices and actions alleged below were committed within the State of Kansas and venue is properly laid in this Court.

**PARTIES**

7. Plaintiff Diana S. Hanna, is a female citizen of the United States of America of currently residing at Topeka, Kansas.

8. Defendant Wal Mart Stores, Inc., is a corporation authorized to do business in the State of Kansas and the former employer of the Plaintiff.

**FACTUAL ALLEGATIONS**

**Title VII**

9. Plaintiff began her employment with Defendant as a Cashier at the Wannamaker Road location.

10. Plaintiff contends she was discriminated against by Defendant's failure to promote her to an assistant manager or other manager position after she successfully passed the managers exam.

11. Plaintiff was fully qualified for a managers position in part due to her prior experience as a manager elsewhere.

12. Defendant at all times relevant favored and hired males in a disproportionate rate for manager position with the intent to exclude females from management position.

13. Plaintiff contends that the Defendant at its Topeka stores fails to hire females from the applicable work force for better paying position in the same manner and at the same rate as comparably trained and qualified similarly situated male

2

employees. This underutilization of available, qualified female employees and applicants constitutes and unlawful employment practice in violation of Title VII.

14. As a result of these unlawful discriminatory acts, Plaintiff has sustained serious losses, including loss of pay and future pecuniary losses, lost benefits and has suffered emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation and other nonpecuniary losses as a direct result of the sex based discriminatory conduct of the Defendant.

15. Plaintiff has therefore instituted this action to obtain appropriate relief as provided under all applicable Federal and State statutes.

**FLSA Claim**

16. Plaintiff at all times relevant hereto was employed as a cashier by Defendant.

17. Defendant is an employer within the meaning of the FLSA.

18. Defendant is aware of the requirements to pay equal wages for equal work under the FLSA.

19. From the beginning of Plaintiff's employment through her unjustified termination was denied equal pay for equal work by Defendant.

20. Defendant knew Plaintiff was entitled to equal pay under the Fair Labor Standards Act but willfully failed and refused to pay her and other females on the same terms as their male counterparts.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays this Court:

a. Enjoin the Defendant, and its officers, agents, successors, employees,

3

attorneys, and other representatives, and those acting in concert with and at its discretion from continuing or maintaining any policy or practices, specifically including those herein alleged which discriminate or have the effect of discriminating which deprive or tend to deprive an individual or employment opportunities because of gender in violation of Title VII of the 1964 Civil Rights Act, as amended(1991), 42 U.S.C. § 2000e et seq. or the Equal Pay Act.

    b.    Order Defendant, to institute and carry out whatever policies, practices and affirmative actions are necessary to eradicate the effects of its past and present unlawful practices and discrimination.

    c.    Order the Defendant to make whole the Plaintiff, adversely affected by the practices herein above described by paying restitution in the form of back pay, with interest at the legal rate, and compensatory damages for future pecuniary losses and non-pecuniary losses including emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life.

    d.    Order the Defendant to instate the Plaintiff to a manager position with Defendant or in the alternative award Plaintiff front pay at the applicable hourly rate for five (5) years.

    e.    Retain jurisdiction over this action to assure full compliance by the Defendant with the Court's decree entered in this action and the provisions of Title VII.

    f.    Order the Defendant to compensate Plaintiff for actual damages sustained in an amount in excess of seventy-five Thousand Dollars ($75,000) as a direct result of Defendant's discriminatory conduct.

g. Award Plaintiff back pay for all hours worked for the Defendant at the rate paid to its male employees and an equal amount as liquidated damages for the willful violation of the FLSA.

h. Award Plaintiff the costs of this action plus reasonable attorney's fees.

i. Grant such additional relief as the Court may deem just and proper in the premises.

Respectfully submitted,

/s/Pantaleon Florez, Jr.
Pantaleon Florez, Jr., #10889
Attorney for Plaintiff

EEOC Form 181 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Diana S. Hanna<br>1219 SW Hampton<br>Topeka, KS 66624 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 830-2012-00543 | Lynda F. Fier,<br>Lead Systemic Investigator | (501) 324-5468 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

William A. Cash, Jr.,
Area Office Director

September 23, 2019 ✓
*(Date Mailed)*

Enclosures(s)

cc:
WAL MART STORES INC.
c/o Littler Mendelson, P.C.
Global Services Center
Scott A. Forman, Shareholder
2301 McGee Street, Suite 800
Kansas City, MO 64108

Littler Mendelson
Attn: Stacey Bradford
420 20th Street North
Suite 2300
Birmingham, AL 35352

Cohen Milstein Sellers & Toll
Attn: Joe Sellers/Christine Webber
1100 New York Ave NW
Suite 500 West
Washington, DC 20005

ELECTRONICALLY FILED
2019 Dec 20 PM 3:05
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000948

### IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
### DIVISION

DIANA S. HANNA
        Plaintiff,

vs.                                      Case No. SN-2019-CV-_____

WAL MART STORES, INC.,
        Defendant.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by a jury of twelve (12) individuals in this matter, to the extent allowed by law.

Respectfully submitted,

/s Pantaleon Florez, Jr
Pantaleon Florez, Jr., #10889
933 S. Kansas Ave.
Topeka, Kansas 66612-1210
(785) 234-6699
florezlaw@gmail.com
Attorney for Plaintiff